```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NORTH DAKOTA
                 NORTHEASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR REIMBURSEMENT |
| V. | ) | OF TRAVEL COSTS |
| | ) | |
| WESLEY BIRDHORSE | ) | CASE NO. 2:07-cr-65 |

Defendant Wesley Birdhorse moves for reimbursement of costs of travel from his home in Fort Totten, North Dakota to Grand Forks, North Dakota for a court appearance scheduled for Friday, August 10, 2007.  This Court finds that the interests of justice would be served by granting the motion.

Pursuant to 18 U.S.C. § 4285, the United States Marshal is directed to furnish Wesley Birdhorse funds for transportation from his home to Grand Forks, North Dakota.

Dated this 9th day of August, 2007.

>                                  */s/ Alice R. Senechal*
>                                  Alice R. Senechal
>                                  United States Magistrate Judge